IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT -2  A 11: 46

CLERK'S OFFICE
AT BALTIMORE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. CCB-13-0222 |
| ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts" a/k/a "DPR" | : |
| Defendant. | : |

...oOo...

## MOTION TO UNSEAL SUPERSEDING INDICTMENT

The United States of America, by its undersigned attorneys, moves this Honorable Court to order and direct that the Superseding Indictment, and only the Superseding Indictment, returned in the above-captioned matter be UNSEALED.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

Justin S. Herring
Assistant United States Attorney

ORDERED as prayed, this  2nd  day of October 2013.

Hon. Beth P. Gesner
United States Magistrate Judge