SEALED

AO 442 (Rev. 11/11) Arrest Warrant

FILED
US DISTRICT COURT
DISTRICT OF MARYLAND
2013 DEC 19 PM 1:46
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

U.S. MARSHAL
BALTIMORE, MD
2013 OCT -2 AM 11:22

FILED
DISTRICT OF MARYLAND
2013 OCT -2 AM 11:50
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. CCB-13-0222 |
| ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts" a/k/a "DPR" | ) ) ) ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ROSS WILLIAM ULBRICHT                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846; Attempted Witness Murder, 18 U.S.C. § 1512(a)(1)(C)); Use of Interstate Commerce Facilities in Commission of Murder-for-Hire, 18 U.S.C. § 1958(a); Aiding and Abetting, 18 U.S.C. § 2

Date: October 1, 2013

_____
*Issuing officer's signature*

Timothy J. Sullivan
~~Beth P. Gesner~~, United States Magistrate Judge
*Printed name and title*

City and state:    Baltimore, Maryland

### Return

This warrant was received on *(date)* 10/02/2013 , and the person was arrested on *(date)* 10/02/2013
at *(city and state)* Northern District of CA .

Date: 12/18/2013

_____ FOR FBI
*Arresting officer's signature*

_____
*Printed name and title*